AO 442 (Rev. 11/11) Arrest Warrant

9393959

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

SEP - 5 2014

David J. Maland, Clerk

| United States of America | ) | M-14-1737-M-11 |
|---|---|---|
| v. | ) | |
| OSCAR HERNANDEZ | ) | Case No. 4:13CR270 - 11 (Schell) |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED 2013 NOV 15 AM 11:17 UNITED STATES MARSHAL EASTERN DISTRICT OF TEXAS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Oscar Hernandez

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846   Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine

Date: 11/13/13

*Issuing officer's signature*

City and state:   Sherman, TX

David J. Maland, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/15/2013, and the person was arrested on *(date)* 9/4/2014
at *(city and state)* Roma, TX.

Date: 9/4/2014

*Arresting officer's signature*

Juan F. Lara Deputy U.S. Marshal
*Printed name and title*